Opinion issued April 11, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00091-CR

____________


IVAN RAY THURMAN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 14

Harris County, Texas

Trial Court Cause No. 1076343






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing, sworn
to by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Cohen, Nuchia, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.